UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| RONALD JEROME ZEIGLER  AND | ) | |
| SHERRY ANN ZEIGLER | ) | CASE NO.  06-67014-MHM |
| DEBTORS | ) | |
| | ) | |

**NOTICE OF DEPOSIT OF UNCLAIMED FUNDS**

COMES NOW ADAM M. GOODMAN, CHAPTER 13 TRUSTEE, and files this Notice that he is remitting to the Registry of the Clerk of the United States Bankruptcy Court the amount of $666.40 on behalf of IDEAL LOAN, who filed claim # 9-1. These funds are being remitted to the Registry because the Creditor has not claimed the funds..

**CERTIFICATE OF SERVICE**

This is to certify that I have this 29th day of January, 2010 served the Notice of Deposit of Unclaimed Funds by 1st class United States Mail to:

KING & KING, P.C.
215 PRYOR ST
ATLANTA, GA  30303

/s/
_____
ADAM M. GOODMAN, TRUSTEE
STATE BAR NO. 300887
STANDING CHAPTER 13 TRUSTEE
260 PEACHTREE STREET
SUITE 200
ATLANTA, GA  30303
(678)510-1444