UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                      }

RONALD J. & SHERRY A. ZIEGLER   }   CHAPTER 13

DEBTOR(S)                              }   CASE NO. 06-67014

NOTICE OF DEPOSIT OF UNCLAIMED FUNDS

COMES NOW Adam M. Goodman, Chapter 13 Trustee, and files this Notice that he is remitting to the Registry of the Clerk of the United States Bankruptcy Court the amount of $1152.31 on behalf of Ronald J. & Sherry A. Zeigler. These funds are being remitted to the Registry because the debtor has not claimed the funds.

_____
Adam M. Goodman
Chapter 13 Trustee
GA Bar No. 300887

CERTIFICATE OF SERVICE

This is to certify that I have this 22nd day of March, 2010 served the Notice of Deposit of Unclaimed Funds by 1st class United States Mail to:

King & King
215 Pryor Street
Atlanta, Ga.  30303

_____
Adam M. Goodman
Chapter 13 Trustee
GA Bar No. 300887