**UNITED STATES BANKRUPTCY COURT**

**Northern District of Georgia**
**1340 Russell Federal Building**
**75 Spring Street, SW**
**Atlanta, GA 30303**

IN THE MATTER OF
**Ronald Jerome Zeigler**

**Sherry Ann Zeigler**
         Debtor(s),

CASE NUMBER.: **06−67014−mhm**
CHAPTER: **13**
JUDGE: **Margaret Murphy**

NOTICE OF FILING PROOF OF TRANSFER OF CLAIM

TO: Cash Credit Corporation PROPOSED TRANSFEROR and

MetaBank, Attn: Dick Marshall PROPOSED TRANSFEREE

    Pursuant to the Federal Rules of Bankruptcy Procedure, you are hereby notified of the filing of proof of transfer of the claim in the above−named case.

    Objections to this transfer, if any must be filed with the

         Clerk, U. S. Bankruptcy Court
         1340 Russell Federal Building
         75 Spring Street, SW
         Atlanta, GA 30303

within 21 days from the date of this notice and a copy served upon the opposing party. If no objections are filed the transferee will be substituted as the claimant in this case.

    Dated this July 9, 2010

M. Regina Thomas

Clerk of Court
U.S. Bankruptcy Court
Form 428

# CERTIFICATE OF NOTICE

```
District/off: 113E-9           User: millerc                Page 1 of 1             Date Rcvd: Jul 09, 2010
Case: 06-67014                 Form ID: 428                 Total Noticed: 7

The following entities were noticed by first class mail on Jul 11, 2010.
db           +Ronald Jerome Zeigler,   4511 Eugenia Place,   Austell, GA 30106-1625
aty           Marsha Diane King,   King & King, P.C.,   215 Pryor Street, SW,   Atlanta, GA  30303-3748
             +Cash Credit Corporation,   P.O. Box 156,   Austell, GA 30168-1002
jtdb         +Sherry Ann Zeigler,   4511 Eugenia Place,   Austell, GA 30106-1625
13252209      MetaBank, Attn: Dick Marshall,   418 Sith Ave., Ste. 205,   Des Moines, IA 50309

The following entities were noticed by electronic transmission on Jul 09, 2010.
aty          +E-mail/Text: bnc@13trusteeatlanta.com                            Adam M. Goodman,
               Adam M. Goodman, 13 Trustee,   Suite 200,   260 Peachtree Street,   Atlanta, GA 30303-1236
tr           +E-mail/Text: bnc@13trusteeatlanta.com                            Adam M. Goodman,
               Chapter 13 Trustee,   Suite 200,   260 Peachtree Street,   Atlanta, GA 30303-1236
                                                                                             TOTAL: 2

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 11, 2010                     Signature: _____